No. 89–867. F. & H. R. FARMAN-FARMAIAN CONSULTING ENGINEERS FIRM ET AL. *v.* HARZA ENGINEERING CO. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 89–1556. WHITACRE *v.* DAVEY. C. A. D. C. Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 89–1372. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER *v.* NEWLON. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 89–1757. SCULLY, SUPERINTENDENT, GREENHAVEN CORRECTIONAL FACILITY, ET AL. *v.* PETERSON. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 89–1425. MARYLAND *v.* FERRELL. Ct. App. Md. Motion of respondent for leave to proceed *in forma pauperis* without an affidavit of indigency executed by respondent granted. Certiorari denied.

No. 89–1531. PARTINGTON *v.* GEDAN ET AL. C. A. 9th Cir. Motion of petitioner to strike suggestion of mootness denied. Certiorari denied.

No. 89–1882. FOLEY *v.* WCCO TV, INC., ET AL. Ct. App. Minn. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.